```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                      Plaintiff,

-against-

$6,898 In United States Currency,

                      Defendant.

1:21-cv-10515 (AJN) (SDA)

ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

      Plaintiff and any interested parties are directed to appear for a telephone conference in this action on Wednesday, February 23, 2022 at 12:00 p.m. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:      New York, New York
               February 11, 2022

                                                           _____
                                                           STEWART D. AARON
                                                           United States Magistrate Judge