USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/16/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                          Plaintiff,

-against-

$6,898 In United States Currency,

                          Defendant.

1:21-cv-10515 (AJN) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Due to a scheduling conflict, the telephone conference currently scheduled for Wednesday, February 23, 2022 at 12:00 p.m. (*see* ECF No. 4) is hereby adjourned to 3:00 p.m. the same day.

**SO ORDERED.**

DATED:      New York, New York
                 February 16, 2022

_____
STEWART D. AARON
United States Magistrate Judge