```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/23/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                  Plaintiff,

-against-

$6,898 In United States Currency,

                  Defendant.

1:21-cv-10515 (AJN) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

    Following a telephone conference with Plaintiff, it is hereby Ordered that, no later than Wednesday, March 9, 2022, Plaintiff shall file a letter setting forth proposed next steps in this action, including if applicable, a proposed briefing schedule for any appropriate motions.

SO ORDERED.

DATED:    New York, New York
               February 23, 2022

_____
STEWART D. AARON
United States Magistrate Judge